## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL SCOTT GRAFF and** | ) | |
| **PAULA GRAF,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 11-0064-CG-N** |
| | ) | |
| **ROBERT LANIER MORGAN, and** | ) | |
| **FOREST PRODUCTS** | ) | |
| **TRANSPORTATION, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The plaintiffs advised the court on March 21, 2012, that the parties had settled the above-styled case.  It is, therefore, **ORDERED** that all claims in this matter are hereby **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate those claims within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE** and **ORDERED** this the 23rd day of March, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE